| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA:  Nicholas McIntyre | Telephone: (313) 226-9100 | |
| | Task Force Officer:  Kylie Churches | Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
Jshawn Siebert

Case No.

Case: 2:26−mj−30044
Assigned To : Unassigned
Assign. Date : 1/23/2026
Description: RE: JSHAWN SIEBERT (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 21, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kylie Churches, TFO
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __January 23, 2026__

_Judge's signature_

City and state: __Detroit, MI__   Hon. David R. Grand, U.S Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Kylie Churches, being duly sworn, depose and state the following:

**I.     INTRODUCTION**

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under Federal law.

2. I have been a Task Force Officer (TFO) with ATF since March 2022, and I have had extensive law enforcement training, including at the Detroit Police Department Training Center. In addition to being a TFO with the ATF, I have been employed as a police officer with the City of Detroit for approximately six years. I also have a bachelor's degree in criminal justice.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4. ATF is currently conducting a criminal investigation concerning Jshawn SIEBERT (DOB: XX/XX/1995) for violations of 18 U.S.C. § 922 (g)(1) as

a felon in possession of a firearm. This affidavit does not include all the information known to law enforcement related to this investigation.

## II.    PROBABLE CAUSE

5.    On January 21, 2026, at approximately 5:21 p.m., Detroit Police Departments Officer Abdullah Nasser and Officer Bassiony Ebrahim were on patrol in Detroit, when they saw an orange Camaro with no plate traveling East on Joy rd. The Camaro turned left onto Southfield Rd from the middle lane cutting off other vehicles attempting to turn onto Southfield Rd. The officers got behind the Camaro and attempted to initiate a traffic stop. When they activated lights and sirens, the driver of the Camaro failed to stop and passed multiple vehicles on Southfield Fwy and exited onto Plymouth Rd. The Camaro continued North on the Southfield Service Drive, the Officers attempted another traffic stop on the Southfield Service Drive passing W Davison Ave. The officers deactivated the lights and sirens just north of Schoolcraft, when they saw the Camaro crash into a white truck.

6.    The Officers approached the accident and saw the passenger door of the Camaro open and SIEBERT get out of the car. Officer Nasser gave SIEBERT commands to show his hands. SIEBERT tried to run, but Officer Nasser grabbed SIEBERT by his jacket and pulled him back. The officers were eventually able to take SIEBERT into custody. The officers placed SIEBERT into the back of the police car and then searched SIEBERT's vehicle. The officers found a silver Davis

Industries P380 pistol on the driver side floorboard of the Camero. While SIEBERT was in the rear of the scout car, he said that his life was over because he was a felon and he took ownership of the firearm that was recovered from the Camaro.

7. On January 22, 2026, in a post *Miranda* interview, SIEBERT admitted that the Camaro was his, and claimed that his brakes did not work. SIEBERT admitted that he possessed the pistol. SIEBERT claimed that he found the pistol in January of 2026.

8. The Camaro was towed by BBK towing and Officer Todd and Officer Carpenter accompanied SIEBERT to the hospital with Medics. The Officers cited SIEBERT for reckless driving, having an unregistered vehicle, and driving with a suspended license.

9. On January 22, 2026, I consulted with Special Agent Kara Klupacs, an interstate nexus expert. Special Agent Klupacs stated that the Davis Industries P380 with the serial number CP087810, based on the written description provided, without physically examining them, are firearms as defined by federal law and was manufactured outside the state of Michigan and therefore traveled in and affected interstate commerce.

10. I reviewed records related to SIEBERT's criminal history and learned the following:

   a. On March 18, 2015 SIEBERT was pled guilty for Felony

3

        Weapons – Carrying Concealed and was sentenced to 90 days in jail.

   b.   On May 11, 2015 SIEBERT pled guilty to Felony Police Officer – Assaulting/Resisting/Obstructing and was sentenced to 698 days incarcerated.

   c.   On November 18, 2025, SIEBERT was charged in Wayne County with felon in possession of a firearm and felony firearm. SIEBERT was on bond for the November 18, 2025 incident at the time of the charged offense.

11. Based on SIEBERT's prior felony convictions, and the fact that SIEBERT was on bond for being a felon in possession of a firearm, there is probable cause to believe that SIEBERT knew he had previously been convicted of a felony.

### III. CONCLUSION

12. There is probable cause to believe that on January 21, 2026, in the Eastern District of Michigan, SIEBERT knowingly possessed a firearm after having been convicted of a felony offense, that he knew of his felony status at the time, and that the firearm affected interstate or foreign commerce, all in violation of 18 § 922(g)(1).

Respectfully submitted,

_____
Task Force Officer Kylie Churches
Bureau of Alcohol, Tobacco, Firearms
and Explosives.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Dated: January 23, 2026

5